Filed 9/15/14  P. v. Abdalla CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ABDALLA YOUNAN ABDALLA,<br><br>    Defendant and Appellant. | 2d Crim. No. B253043<br>(Super. Ct. No. 2012000320)<br>(Ventura County) |

Abdalla Younan Abdalla appeals his conviction, by jury, of attempted murder (Penal Code, §§ 187, 664)[1] and criminal threats (§ 422) after he repeatedly stabbed his estranged wife.  The jury found true special allegations that appellant personally used a deadly and dangerous weapon (§ 12022, subd. (b)(1)), and that he inflicted great bodily injury on the victim.  (§ 12022.7, subd. (e).)  It found not true the allegation that appellant committed the attempted murder willfully, deliberately and with premeditation.  (§ 445, subd. (a).)  The trial court sentenced appellant to a total term of 16 years in state prison.

Appellant, his then-wife and their two young children immigrated to the United States from their native Egypt in 2008.  In early 2011, the couple separated because appellant beat his wife.  During an April 2011 argument, appellant threatened to

---

[1] All statutory references are to the Penal Code unless otherwise stated.

kill her and himself. He was holding a sharp kitchen knife with a 5 to 6-inch blade at the time. Appellant stabbed the knife toward his wife, hitting a piece of wood about two centimeters away from her. In January 2012, during a late night argument about their marriage, appellant stabbed the victim multiple times with a kitchen knife. Her many injuries included a punctured lung, lacerated liver and deep stab wounds to her back, upper right chest and left hand. When appellant was arrested later that day, he initially denied involvement with the stabbing. He eventually confessed that he stabbed the victim because he believed she had been having an affair with one of his friends. The victim's blood was found on appellant's clothing and inside his SUV.

We appointed counsel to represent appellant in this appeal. After counsel's examination of the record, she filed an opening brief raising no issues. On June 30, 2014, we advised appellant that he had 30 days in which to personally submit any contentions he wished to raise on appeal. We have received no supplemental brief from appellant.

We have conducted an independent review of the record and are satisfied appellant's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


                                                    YEGAN, J.


We concur:



GILBERT, P.J.



PERREN, J.

2

Patricia M. Mrphy, Judge

Superior Court County of Ventura

_____


Lori E. Kator, under appointment by the Court of Appeal, for Appellant.


No appearance for Respondent.